1  Eric D. Houser (SBN 130079)
2  Steve W. Pornbida (SBN 248359)
   HOUSER & ALLISON
3  A Professional Corporation
4  3760 Kilroy Airport Way, Suite 260
   Long Beach, CA 90806
5  Telephone:   (949) 679-1111
6  Facsimile:    (949) 679-1112
   Email:          spornbida@houser-law.com
7
8  Attorneys for Defendant,
   NATIONWIDE CREDIT, INC.
9
10                **UNITED STATES DISTRICT COURT**
11      **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**
12

| | |
|---|---|
| 13  JAMES RUCKER, | Case No.: 2:09-cv-02420-GEB-EFB |
| 14            Plaintiff, | Hon. Garland E. Burrell, Jr. |
| 15       vs. | **STIPULATION BY COUNSEL TO EXTEND TIME FOR DISCOVERY AND [PROPOSED] ORDER THEREON** |
| 16  NATIONWIDE CREDIT, INC., | |
| 17            Defendant. | |
| 18 | |

19
20      The undersigned counsel have conferred and jointly prepared the
21  stipulation as submitted for the Court's consideration
22      Whereas the Court entered its scheduling order on December 10, 2009
23  indicating all discovery was to be completed by June 16, 2010;
24      Whereas Defendant NATIONWIDE CREDIT, INC. noticed a deposition
25  of Plaintiff to proceed on June 15, 2010;
26      Whereas Plaintiff is unable to appear at the deposition noticed to proceed
27  on June 15, 2010, and is also unavailable for deposition June 16, 2010;
28      Whereas the Parties are presently engaged in good faith settlement

discussions, and Plaintiff is unavailable for deposition on the date noticed due to having begun a new job; and

The Parties hereby stipulate to hold open discovery for 30 days to allow the completion deposition without filing of a motion to compel and without the unnecessary accrual of additional fees and costs which would hamper settlement.

Dated: June 14, 2010    **HOUSER & ALLISON, APC**

   /s/
Steve W. Pornbida
Attorney for Defendant,
NATIONWIDE CREDIT, INC.

Dated: June 15, 2010    **KROHN & MOSS, LTD**

   /s/
Nicholas Bontrager
Attorney for Plaintiff,
JAMES RUCKER

Having reviewed the foregoing stipulation by counsel and considered the good cause that NATIONWIDE CREDIT, INC. is entitled to deposition of Plaintiff, and provided reasonable notice thereof, and ongoing settlement discussions would be furthered by extension of discovery; **IT IS HEREBY ORDERED** that this Court's December 9, 2009, STATUS (PRETRIAL SCHEDULING) ORDER is amended to extend discovery to 30 days from the execution of this Order, and that Plaintiff appear for deposition (if necessary) within that time period.

Dated: June 16, 2010

GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION
2