IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JAMES RUCKER,                      )
                                   )     2:09-cv-02420-GEB-EFB
          Plaintiff,               )
                                   )
     v.                            )     ORDER RE: SETTLEMENT AND
                                   )     DISPOSITION
NATIONWIDE CREDIT, INC.,           )
                                   )
          Defendants.              )
_____)
```

Plaintiff filed a "Notice of Settlement" on March 7, 2011, in which he states, "a settlement of the present matter has been reached and [Plaintiff] is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days." (ECF No. 34.)

Therefore, a dispositional document shall be filed no later than April 17, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the final pretrial conference scheduled for March 28, 2011, is continued to commence at 11:00 a.m. on April 18, 2011, in the event no dispositional document is filed, or if this action is not

1

otherwise dismissed.[1]  A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated:  March 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]  Although Plaintiff requests in the "Notice of Settlement" that the Court "vacate all dates currently set on calendar for the present matter," the final pretrial conference and trial will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).